Fill in this information to identify your case and this filing:

Debtor 1    **Sandra**      **Jean**      **Heller**
           First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **Western**    District of    **Texas**

Case number    **25-52423**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   | | | |
   |---|---|---|
   | **1.1** | **465 Twinpoint Creek** | **What is the property?** Check all that apply. |

   1.1   **465 Twinpoint Creek**
   Street address, if available, or other description

   **Schertz, TX 78154**
   City    State    ZIP Code

   **Guadalupe**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $279,000.00 | $279,000.00 |

   **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ....................................................... →   $279,000.00

## Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

| 3.1 | Make: | **Jeep** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1

Make: **Jeep**

Model: **Wrangler**

Year: **2023**

Approximate mileage: **39000**

Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$35,000.00**

Current value of the portion you own? **$35,000.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

    4.1  Make: _____

    Model: _____

    Year: _____

    Other information:

    **Who has an interest in the property?** Check one.
    - ☐ Debtor 1 only
    - ☐ Debtor 2 only
    - ☐ Debtor 1 and Debtor 2 only
    - ☐ At least one of the debtors and another

    ☐ **Check if this is community property** (see instructions)

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    Current value of the entire property? _____

    Current value of the portion you own? _____

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................................................. → **$35,000.00**

---

## Part 3:  Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe. .........  **General household property**                                                    **$5,000.00**

7. **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe. .........  **Three TVs, laptop and desk top computers, two monitors, and cell phone.**      **$1,000.00**

8.  **Collectibles of value**

     *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or
     baseball card collections; other collections, memorabilia, collectibles

     ☑ No

     ☐ Yes. Describe. ..........

9.  **Equipment for sports and hobbies**

     *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and
     kayaks; carpentry tools; musical instruments

     ☑ No

     ☐ Yes. Describe. ..........

10.  **Firearms**

     *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

     ☑ No

     ☐ Yes. Describe. ..........

11.  **Clothes**

     *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

     ☐ No

     ☑ Yes. Describe. ..........  | Misc. personal clothing                      | $400.00

12.  **Jewelry**

     *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold,
     silver

     ☐ No

     ☑ Yes. Describe. ..........  | Personal family jewelry                      | $3,000.00

13.  **Non-farm animals**

     *Examples:*  Dogs, cats, birds, horses

     ☑ No

     ☐ Yes. Describe. ..........

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

     ☑ No

     ☐ Yes. Give specific
         information. .............

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
     for Part 3. Write that number here** ..........................................................................................................................➔  | $9,400.00

---

**Part 4:**   **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ............................................................................................................................................... Cash: ...................  **$20.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ....................

Institution name:

17.1. Checking account:  **Capital One**
**Account Number: XXXXXXX7763**                                    **$12.00**

17.2. Checking account:  **RBFCU**
**Checking and savings account**
**Account Number: XXX3338**                                    **$370.00**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ....................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them....................    Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
    information about
    them.................... Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each
    account separately. Type of account:        Institution name:

    401(k) or similar plan:

    Pension plan:

    IRA:

    Retirement account:

    Keogh:

    Additional account:

    Additional account:

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
    others

    ☑ No

    ☐ Yes ...................... Institution name or individual:

    Electric:

    Gas:

    Heating oil:

    Security deposit on rental unit:

    Prepaid rent:

    Telephone:

    Water:

    Rented furniture:

    Other:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................... Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

27.  **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

**Money or property owed to you?**                              **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28.  **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

Federal:

State:

Local:

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    |  |  |
    |---|---|
    | Alimony: | _____ |
    | Maintenance: | _____ |
    | Support: | _____ |
    | Divorce settlement: | _____ |
    | Property settlement: | _____ |

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........                                                    _____

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company
        of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........                                                    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. .............                                                     _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. .............                                                     _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................................................................... → $402.00

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. ..........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. ..........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. ..........

41. **Inventory**

☑ No

☐ Yes. Describe. ..........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No

    ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ......................................................................................................... ➔    $0.00

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the portion you own? Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .......................... _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .......................... _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............ _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here .......... ➡️ | $0.00 |

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............ _____

54. Add the dollar value of all of your entries from Part 7. Write that number here .................... ➡️ | $0.00 |

## Part 8:    List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................... ➡️ | $279,000.00 |

56. Part 2: Total vehicles, line 5    $35,000.00

57. Part 3: Total personal and household items, line 15    $9,400.00

58. Part 4: Total financial assets, line 36    $402.00

59. Part 5: Total business-related property, line 45    $0.00

60. Part 6: Total farm- and fishing-related property, line 52    $0.00

61. Part 7: Total other property not listed, line 54    +    $0.00

62. **Total personal property.** Add lines 56 through 61. ............... | $44,802.00 |   Copy personal property total ➡️   +   $44,802.00

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................................................................    $323,802.00

| Debtor 1 | **Sandra** | **Jean** | **Heller** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number **25-52423**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **465 Twinpoint Creek Schertz, TX 78154** | **$279,000.00** | ☑ **$232,270.67**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Line from *Schedule A/B*: **1.1** | | | |
| Brief description: **2023 Jeep Wrangler** | **$35,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Line from *Schedule A/B*: **3.1** | | | |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☑ No
       ☐ Yes

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **General household property**<br><br>Line from *Schedule A/B*: __6__ | $5,000.00 | ☑   $5,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Three TVs, laptop and desk top computers, two monitors, and cell phone.**<br><br>Line from *Schedule A/B*: __7__ | $1,000.00 | ☑   $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Misc. personal clothing**<br><br>Line from *Schedule A/B*: __11__ | $400.00 | ☑   $400.00<br>☐   100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description: **Personal family jewelry**<br><br>Line from *Schedule A/B*: __12__ | $3,000.00 | ☑   $3,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |

Fill in this information to identify your case:

| Debtor 1 | **Sandra** | **Jean** | **Heller** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number (if **25-52423**
known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1**

| **Chase Mortgage** | Describe the property that secures the claim: | $46,729.33 | $46,729.33 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 78420**

| 465 Twinpoint Creek Schertz, TX 78154 |
|---|

Number        Street

**As of the date you file, the claim is:** Check all that apply.

**Phoenix, AZ 85062**

City        State        ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred

Last 4 digits of account number    **6   1   4   7**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $46,729.33 |
|---|---|

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2** HUGHES FEDERAL CR UN

Creditor's Name

**951 E HERMANS RD**

Number     Street

**TUCSON, AZ 85756**

City          State       ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   7/11/2025

**Remarks:** 2023 Jeep Wrangler

**Describe the property that secures the claim:**

2023 Jeep Wrangler

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**    5  1  5  0

Column A: **$48,550.00**    Column B: **$35,000.00**    Column C: **$13,550.00**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$48,550.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$95,279.33** |

Fill in this information to identify your case:

Debtor 1    **Sandra**      **Jean**      **Heller**

          First Name      Middle Name      Last Name

Debtor 2

(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Texas** _____

Case number   **25-52423**

(if known)

☐ Check if this is an
    amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

    ☑ No. Go to Part 2.

    ☐ Yes.

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.1**   **AR Capital Services**

Nonpriority Creditor's Name

    **4000 Hollywood Blvd., Suite 164-N**

Number      Street

    **Hollywood, FL 33021**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as
    priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Total claim**

**$80,162.85**

**Remarks:** See SOFA for lawsuit details

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.2**

**Camelot Software**
Nonpriority Creditor's Name

**10036A Park Cedar Drive**
Number      Street

**Charlotte, NC 28210**
City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$20,138.11**

---

**4.3**

**CAPITAL ONE BANK USA**
Nonpriority Creditor's Name

**PO BOX 31293**
Number      Street

**SALT LAKE CITY, UT 84131**
City      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **1 0 9 7**

**When was the debt incurred?** **5/8/2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **BusinessCreditCard**

**$5,057.00**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

|  | Total claim |

### 4.4  CAPITAL ONE BANK USA

Nonpriority Creditor's Name

**PO BOX 31293**

Number          Street

**SALT LAKE CITY, UT 84131**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __9__  __9__  __1__  __8__     **$2,166.00**

**When was the debt incurred?**          __1/13/2022__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

### 4.5  CAPITAL ONE BANK USA

Nonpriority Creditor's Name

**PO BOX 31293**

Number          Street

**SALT LAKE CITY, UT 84131**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __0__  __2__  __8__  __9__     **$1,982.00**

**When was the debt incurred?**          __11/14/2013__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.6**   **CAPITAL ONE BANK USA**

Nonpriority Creditor's Name

**PO BOX 31293**

Number          Street

**SALT LAKE CITY, UT 84131**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   8   3   6   9    **$458.00**

When was the debt incurred?    9/28/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**4.7**   **COMENITYCAPITAL/ULTA**

Nonpriority Creditor's Name

**PO BOX 182120**

Number          Street

**COLUMBUS, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   8   1   6   8    **$479.00**

When was the debt incurred?    5/8/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.8**

**CPS**

Nonpriority Creditor's Name

**500 McCullough Ave.**

Number           Street

**San Antonio, TX 78215**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3  5  3  2**          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.9**

**CREDIT ONE BANK NA**

Nonpriority Creditor's Name

**PO BOX 98875**

Number           Street

**LAS VEGAS, NV 89193**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1  0  8  0**          **$1,972.00**

**When was the debt incurred?**    **1/21/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | Total claim |
|---|---|---|

**4.10** **DISCOVER CARD**

Nonpriority Creditor's Name

**PO BOX 30939**

Number          Street

**SALT LAKE CITY, UT 84130**

City                State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6   0   3   8**

**When was the debt incurred?**        **6/26/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**Total claim** **$424.00**

---

**4.11** **Enterprise Mobility**

Nonpriority Creditor's Name

**P.O. Box 801770**

Number          Street

**Kansas City, MO 64180-1770**

City                State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7   O   R   8**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**unknown**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.12**

**Enterprise Rent-A-Car**

Nonpriority Creditor's Name

**1505 Harry Wurzbach**

Number                Street

**San Antonio, TX 78209-6001**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    6    3    9    4

**When was the debt incurred?**    _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    _____

$60,356.50

**4.13**

**Enterprise Tolls**

Nonpriority Creditor's Name

**P.O. Box 35039**

Number                Street

**Seattle, WA 98124-3437**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    _____

$763.30

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.14**

**ERC Specialists**
Nonpriority Creditor's Name

**560 E. Timpanogos Circle**
Number          Street

**Orem, UT 84097**
City          State          ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**$37,880.25**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Remarks:** Re PPP Loan

**4.15**

**Guadalupe Valley Tax Assessor**
Nonpriority Creditor's Name

**307 W. Court Street**
Number          Street

**Seguin, TX 78155**
City          State          ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.16** | **Iterum Financial**

Nonpriority Creditor's Name

**Al Reed**

**4000 Hollywood Blvd.,, Suite 164-N**

Number          Street

**33021**

City          State          ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?

$47,896.20

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.17** | **Kenneth Frohlich**

Nonpriority Creditor's Name

**8491 St. Louis Blvd.**

Number          Street

**Union, KY 41091**

City          State          ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?

unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

**4.18**    **Legion Global Logistics**                    Last 4 digits of account number   __ __ __ __            **unknown**
            Nonpriority Creditor's Name
            **1155 Worldwide Blvd.**                       **When was the debt incurred?**   _____
            Number          Street
                                                          As of the date you file, the claim is: Check all that apply.
            **Hebron, KY 41048**                           ☐ Contingent
            City            State          ZIP Code        ☐ Unliquidated
                                                          ☐ Disputed
            **Who incurred the debt?** Check one.
            ☑ Debtor 1 only                                **Type of NONPRIORITY unsecured claim:**
            ☐ Debtor 2 only                                ☐ Student loans
            ☐ Debtor 1 and Debtor 2 only                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as
            ☐ At least one of the debtors and another           priority claims
            ☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ☑ Other. Specify _____
            **Is the claim subject to offset?**
            ☑ No
            ☐ Yes

            **Remarks:** Kenneth Frohlich

**4.19**    **Lugenbuhl, Wheaton, Peck, Rankin**            Last 4 digits of account number   **9  8  3  7**        **$6,687.50**
            Nonpriority Creditor's Name
            **601 Poydras Street, Suite 2775**             **When was the debt incurred?**   _____
            Number          Street
                                                          As of the date you file, the claim is: Check all that apply.
            **New Orleans, LA 70130**                      ☐ Contingent
            City            State          ZIP Code        ☐ Unliquidated
                                                          ☐ Disputed
            **Who incurred the debt?** Check one.
            ☑ Debtor 1 only                                **Type of NONPRIORITY unsecured claim:**
            ☐ Debtor 2 only                                ☐ Student loans
            ☐ Debtor 1 and Debtor 2 only                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as
            ☐ At least one of the debtors and another           priority claims
            ☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ☑ Other. Specify _____
            **Is the claim subject to offset?**
            ☑ No
            ☐ Yes

First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          Total claim

---

**4.20**

**MACYS/CITIBANK NA**

Nonpriority Creditor's Name

**PO BOX 6789**

Number          Street

**SIOUX FALLS, SD 57117**

City          State          ZIP Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2    6    4    1**          **$424.00**

When was the debt incurred?          **7/2/2016**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **ChargeAccount**

---

**4.21**

**Nuveen Real Estate / NR Mid Cities Pkwys**

Nonpriority Creditor's Name

**1501 North Plano Road, Suite 100**

Number          Street

**Richardson, TX 75081**

City          State          ZIP Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___          **$60,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.22**   **Progressive Insurance**

Nonpriority Creditor's Name

**P.O. Box 94739**

Number      Street

**Cleveland, OH 44101-4739**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$14,213.47**

---

**4.23**   **RMA Toll Processing**

Nonpriority Creditor's Name

**P.O. Box 734182**

Number      Street

**Dallas, TX 75373-4182**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**unknown**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    Total claim

**4.24**  **Ryder Transportation Serv.**            Last 4 digits of account number    6  7  6  2          $414.90
Nonpriority Creditor's Name

P.O. Box 96723                                   **When was the debt incurred?**    _____
Number          Street

                                                 **As of the date you file, the claim is:** Check all that apply.
Chicago, IL 60693-6723                            ☐ Contingent
City             State           ZIP Code         ☐ Unliquidated
                                                  ☐ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                   ☐ Student loans
☐ Debtor 1 and Debtor 2 only                      ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another             priority claims
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  ☑ Other. Specify  _____
**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Inv GJ3572

**4.25**  **Shafer Mechanical**                    Last 4 digits of account number   __ __ __ __         $584.55
Nonpriority Creditor's Name

3800 San Pedro Ave.                              **When was the debt incurred?**    _____
Number          Street

                                                 **As of the date you file, the claim is:** Check all that apply.
San Antonio, TX 78212                             ☐ Contingent
City             State           ZIP Code         ☐ Unliquidated
                                                  ☐ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                   ☐ Student loans
☐ Debtor 1 and Debtor 2 only                      ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another             priority claims
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  ☑ Other. Specify  _____
**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

| 4.26 | **Spectrum Charter Communications** | Last 4 digits of account number  ___  ___  ___  ___ | $16,553.39 |

Nonpriority Creditor's Name

**P.O. Box 223085**

When was the debt incurred?  _____

Number        Street

**Pittsburgh, PA 15251-2085**

City            State            ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.27 | **SYNCB/BELK** | Last 4 digits of account number  6  2  0  5 | $742.00 |

Nonpriority Creditor's Name

**PO BOX 71746**

When was the debt incurred?  **4/6/2025**

Number        Street

**PHILADELPHIA, PA 19176**

City            State            ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **ChargeAccount**

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.28**    **SYNCB/SAM S CLUB DC**
Nonpriority Creditor's Name

**PO BOX 71727**
Number        Street

**PHILADELPHIA, PA 19176**
City              State            ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    3  9  6  4             **$205.00**

When was the debt incurred?        2/9/2024

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**4.29**    **Texas State Comptroller**
Nonpriority Creditor's Name

**P.O. Box 149539**
Number        Street

**Austin, TX 78714-9359**
City              State            ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___         **$3,981.38**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

| 4.30 | **TXTAG** | | Last 4 digits of account number | 0  8  0  0 | **unknown** |

Nonpriority Creditor's Name

**P.O. Box 650749**

**When was the debt incurred?** _____

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Dallas, TX 75265-0749**

☐ Contingent

City              State              ZIP Code

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim is for a community debt**

☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No

☐ Yes

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**1.**

**Lygnos, Michael Nicholas**
Name

**16 Middleneck Road, No. 796**
Number     Street

**Great Neck, NY 11021**
City       State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**2.**

**Lygnos, Michael**
Name

**111 North Belcher Road, Suite 202**
Number     Street

**Clearwater, FL 33765**
City       State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**3.**

**AR Capital Group**
Name

**6015 Washington St., Floor 2**
Number     Street

**Hollywood, FL 33023**
City       State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**4.**

**FYM Capital**
Name

**433 Plaza Real, Suite 275**
Number     Street

**Boca Raton, FL 33432**
City       State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**5.**

**Reed, Alan**
Name

**4000 Hollywood Blvd, Suite 164**
Number     Street

**North Hollywood, FL 33021**
City       State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**6.**

**Retro Advance**
Name

**4000 Hollywood Blvd, 164-N**
Number     Street

**Hollywood, FL 33021**
City       State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**7.** **NR Mid Cities Parkways**

Name

**P.O. Box 120669, Dept 0669**

Number        Street

**Dallas, TX 75312-0669**

City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.21__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $363,541.40 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $363,541.40 |

Fill in this information to identify your case:

Debtor 1 __Sandra__ __Jean__ __Heller__
       First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: __Western__ District of __Texas__

Case number __25-52423__
(if known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name<br>Number  Street<br>City  State  ZIP Code | |
| 2.2 | Name<br>Number  Street<br>City  State  ZIP Code | |
| 2.3 | Name<br>Number  Street<br>City  State  ZIP Code | |
| 2.4 | Name<br>Number  Street<br>City  State  ZIP Code | |

Debtor 1 **Sandra** **Jean** **Heller**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number **25-52423**
(if known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? **Texas** . Fill in the name and current address of that person.

   **Jones Jr, Willie**
   Name of your spouse, former spouse, or legal equivalent

   **314 Williams**
   Number    Street

   **Troy, AL 36081**
   City        State        ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor

   *Column 2:* The creditor to whom you owe the debt

   Check all schedules that apply:

   **3.1**
   Name _____
   Number    Street
   City        State        ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.2**
   Name _____
   Number    Street
   City        State        ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

Fill in this information to identify your case:

Debtor 1    **Sandra**      **Jean**        **Heller**
            First Name      Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name     Last Name

United States Bankruptcy Court for the:  **Western**    District of    **Texas**

Case number  **25-52423**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | | N/A |
| **Employer's name** | | | |
| **Employer's address** | | | |
| | | Number      Street | Number      Street |
| | | City      State      ZIP Code | City      State      ZIP Code |
| **How long employed there?** | | | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,688.00 | |
| 3. Estimate and list monthly overtime pay. | 3. + | $0.00 | + |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $4,688.00 | |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here..................................................................... → | 4. | $4,688.00 | |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | |
| 5e. **Insurance** | 5e. | $0.00 | |
| 5f. **Domestic support obligations** | 5f. | $0.00 | |
| 5g. **Union dues** | 5g. | $0.00 | |
| 5h. **Other deductions. Specify:** _____ | 5h. + | $0.00 | + _____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $4,688.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $0.00

8b. **Interest and dividends**    8b.    $0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $0.00

8d. **Unemployment compensation**    8d.    $0.00

8e. **Social Security**    8e.    $0.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $0.00

8g. **Pension or retirement income**    8g.    $0.00

8h. **Other monthly income. Specify:** _____    8h. +    $0.00    + _____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    $0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $4,688.00   +      =   $4,688.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. +    $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies       12.  | **$4,688.00** |

                                                                                                                                   **Combined
                                                                                                                                   monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

    ☑ No.

    ☐ Yes. Explain:

| Debtor 1 | **Sandra** | **Jean** | **Heller** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing) _____
First Name ___ Middle Name ___ Last Name

United States Bankruptcy Court for the: **Western District of Texas**

Case number **25-52423**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　　☐ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**　　☑ No

   Do not list Debtor 1 and Debtor 2.　　☐ Yes. Fill out this information for each dependent................

   Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No. ☐ Yes. |
| | _____ | _____ | ☐ No. ☐ Yes. |
| | _____ | _____ | ☐ No. ☐ Yes. |
| | _____ | _____ | ☐ No. ☐ Yes. |
| | _____ | _____ | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. **$1,180.00** |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. **$0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. **$300.00** |
| 4d. | Homeowner's association or condominium dues | 4d. **$10.00** |

| | | Your expenses |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans    5. | $0.00 |
| 6. | Utilities: | |
| | 6a. Electricity, heat, natural gas    6a. | $400.00 |
| | 6b. Water, sewer, garbage collection    6b. | $98.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. | $415.00 |
| | 6d. Other. Specify: _____    6d. | $0.00 |
| 7. | Food and housekeeping supplies    7. | $438.00 |
| 8. | Childcare and children's education costs    8. | $0.00 |
| 9. | Clothing, laundry, and dry cleaning    9. | $50.00 |
| 10. | Personal care products and services    10. | $50.00 |
| 11. | Medical and dental expenses    11. | $280.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.    12. | $350.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books    13. | $0.00 |
| 14. | Charitable contributions and religious donations    14. | $0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance    15a. | $0.00 |
| | 15b. Health insurance    15b. | $0.00 |
| | 15c. Vehicle insurance    15c. | $274.00 |
| | 15d. Other insurance. Specify: _____    15d. | $0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____    16. | $0.00 |
| 17. | Installment or lease payments: | |
| | 17a. Car payments for Vehicle 1  **2023 Jeep Wrangler**    17a. | $843.00 |
| | 17b. Car payments for Vehicle 2    17b. | $0.00 |
| | 17c. Other. Specify: _____    17c. | $0.00 |
| | 17d. Other. Specify: _____    17d. | $0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).    18. | $0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: _____    19. | $0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property    20a. | $0.00 |
| | 20b. Real estate taxes    20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance    20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses    20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues    20e. | $0.00 |

21. **Other.** Specify: _____     21.    +  _____ $0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                                22a.  _____ **$4,688.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      22b.  _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.             22c.  _____ **$4,688.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*          23a.  _____ **$4,688.00**

    23b. Copy your monthly expenses from line 22c above.                        23b.  − _____ **$4,688.00**

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                               23c.  _____ **$0.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

| Debtor 1 | **Sandra** | **Jean** | **Heller** |
|----------|-----------|----------|-----------|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | | | |
|----------|-----------|----------|-----------|
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known) **25-52423**

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................................... **$279,000.00**

1b. Copy line 62, Total personal property, from *Schedule A/B*........................................................ **$44,802.00**

1c. Copy line 63, Total of all property on *Schedule A/B*.................................................................. **$323,802.00**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... **$95,279.33**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... **$0.00**

3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ + **$363,541.40**

**Your total liabilities** **$458,820.73**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of *Schedule I*............................................................... **$4,688.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of *Schedule J*...................................................... **$4,688.00**

## Part 4:　Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

| |
|---|
| _____ |

---

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total.** Add lines 9a through 9f. | _____ |

| Debtor 1 | Sandra | Jean | Heller |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Western District of Texas | |
| Case number (if known) | 25-52423 | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *Sandra Jean Heller*

Sandra Jean Heller, Debtor 1

Date 10/16/2025
MM/ DD/ YYYY